THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BOU-MATIC, LLC, et al.,

    Plaintiffs,

v.                                    19-CV-158-SLC

MICHAEL A. MILLS,

    Defendant.

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

    Defendant, Michael A. Mills, by Pines Bach LLP and Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C., his attorneys, hereby respectfully moves the Court, pursuant to Rules 12(b)(1), 12(b)(2) & 12(b)(6) of the Federal Rules of Civil Procedure, respectively, for an order dismissing Plaintiffs' complaint on the grounds that: the Court lacks subject matter jurisdiction over all claims made in the complaint [12(b)(1)]; the Court lacks personal jurisdiction over the Defendant [12(b)(2)]; and the complaint fails to state a claim upon which relief can be granted [12 (b)(6)].

    The grounds for this motion are more specifically set forth in Defendant's Memorandum of Law in Support of Motion to Dismiss and the Declarations of Michael A. Mills and Adam Milasincic which are filed herewith.

Respectfully submitted this 1st day of May, 2019.

        PINES BACH LLP

        */s/ Lester A. Pines*
        Lester A. Pines
        State Bar No. 1016543
        1221 Washington Avenue, Suite 900
        Madison, Wisconsin 53703
        Phone: (608) 251-0101
        Fax: (608) 251-2883
        lpines@pinesbach.com

        AHMAD, ZAVITSANOS, ANAIPAKOS,
        ALAVI & MENSING, P.C.

        Steven J. Mitby
        Texas Bar No. 24037123 (*admission pending*)
        Adam Milasincic
        Texas Bar No. 24079001 (*admission pending*)
        1221 McKinney Street, Suite 2500
        Houston, Texas 77010
        Phone: (713) 655-1101
        Fax: (713) 655-0062
        smitby@azalaw.com
        amilasincic@azalaw.com

        *Attorneys for Defendant Michael A. Mills*